157 A.3d 846

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. WILLIAM S. DICKINSON, DEFENDANT–
PETITIONER.

December 5, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003019–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

157 A.3d 846

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. NATASHA WHITE, DEFENDANT–PETITIONER.

December 5, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004595–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.